# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, Cynthia A. | U.S. Bankruptcy Court, W.D. of Missouri | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

400 E. 9th St.
Room 6462
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | Feb. 2-4, 2020 | San Juan, Puerto Rico | Presenter at the conference | Airfare, meals, registration and hotel. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Exchange National Bank of Atchison | Personal Loan | K |
| 2. Hilton Grand Vacations Properties Ownership Interest | Time Share Loan | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Exchange National Bank Accounts (Cash Accounts) | A | Interest | J | T | | | | | |
| 2.  Commerce Bank Accounts (Cash Accounts) | A | Interest | J | T | | | | | |
| 3.  Navy Federal Credit Union Accounts (Cash Accounts) | A | Interest | J | T | | | | | |
| 4.  Ivy Cash Management (Formerly Waddell & Reed) Accounts | A | Dividend | J | T | | | | | |
| 5.  Beneficiary IRA, BB&T/Truist, Scott & Stringfellow (H) | | | | | | | | | |
| 6.  -- T Rowe Price Dividend Growth Advisor CL (TADGX) (X) | A | Int./Div. | J | T | | | | | |
| 7.  Rollover IRA, BB&T/Truist, Scott & Stringfellow (H) | | | | | | | | | |
| 8.  -- Altegres Futures Evolution Strategy (EVOIX) | A | Dividend | | | | | | | |
| 9. | | | | | Buy (add'l) | 01/16/20 | J | | |
| 10. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 11. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 12. | | | | | Sold | 03/26/20 | J | A | |
| 13.  -- Baird Core Plus Bond (BCOIX) | D | Dividend | | | | | | | |
| 14. | | | | | Buy (add'l) | 01/28/20 | J | | |
| 15. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 16. | | | | | Sold | 03/25/20 | J | D | |
| 17.  -- Baird Short Term Bond (BSBIX) | D | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 01/28/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 20. | | | | | Sold | 03/25/20 | J | D | |
| 21.   -- Blackstone Alt Multistrategy (BXMIX) | C | Dividend | | | Sold | 03/26/20 | J | C | |
| 22.   -- Cohen & Steers Real Estate (CSDIX) | A | Dividend | | | Sold | 03/25/20 | J | A | |
| 23.   -- Consumer Discretionary Select Sector (XLY) | B | Dividend | J | T | | | | | |
| 24. | | | | | Buy<br>(add'l) | 01/29/20 | J | | |
| 25. | | | | | Sold<br>(part) | 03/17/20 | J | B | |
| 26. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 27. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 28. | | | | | Sold<br>(part) | 06/15/20 | J | C | |
| 29. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 30. | | | | | Sold<br>(part) | 09/03/20 | J | B | |
| 31. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 34.   -- Federated Kauffmann Small Cap (FKAIX) | B | Dividend | | | Sold | 03/25/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -- Federated Treasury Obligations Fund (TOIXX) | E | Dividend | M | T | | | | | |
| 36. | | | | | Buy (add'l) | 01/06/20 | J | | |
| 37. | | | | | Sold (part) | 01/08/20 | J | A | |
| 38. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 39. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 40. | | | | | Sold (part) | 01/31/20 | J | A | |
| 41. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 42. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 43. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 44. | | | | | Sold (part) | 03/19/20 | J | A | |
| 45. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 46. | | | | | Sold (part) | 03/25/20 | J | B | |
| 47. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 48. | | | | | Sold (part) | 03/27/20 | J | E | |
| 49. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 50. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 51. | | | | | Buy (add'l) | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/08/20 | J | A | |
| 53. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 54. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 55. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 56. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 57. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 58. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 59. | | | | | Sold (part) | 07/08/20 | J | A | |
| 60. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 61. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 62. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 63. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 64. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 65. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 66. | | | | | Sold (part) | 10/07/20 | J | A | |
| 67. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 68. | | | | | Buy (add'l) | 11/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold<br>(part) | 12/09/20 | J | B | |
| 70. | | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 71. | | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 73. | | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 74. | -- IShares Core MSCI Europe (IEUR) | C | Dividend | | | | | | | |
| 75. | | | | | | Buy<br>(add'l) | 01/29/20 | J | | |
| 76. | | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 77. | | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 78. | | | | | | Sold | 03/30/20 | J | C | |
| 79. | -- IShares MSCI All Country Asia Ex Japan (AAXJ) | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 80. | | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 81. | | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 82. | | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 83. | | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 84. | | | | | | Sold<br>(part) | 12/29/20 | J | A | |
| 85. | -- IShares Russell 2000 ETF (IWM) | B | Dividend | J | T | Buy | 03/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 87. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 89. | | | | | Sold<br>(part) | 12/29/20 | J | A | |
| 90.   -- JP Morgan Equity Preimium Income<br>(JEPIX) | B | Dividend | J | T | | | | | |
| 91. | | | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 95. | | | | | Sold | 03/25/20 | J | B | |
| 96.    -- JP Morgan Govt Bond (HLGAX) | C | Dividend | | | | | | | |
| 97. | | | | | Buy<br>(add'l) | 01/30/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 99. | | | | | Sold | 03/25/20 | J | C | |
| 100.  -- JP Morgan Hedged Equity (JHEQX) | B | Dividend | | | Sold | 03/25/20 | J | B | |
| 101.  -- Morgan Stanley Instl Global Francise<br>(MSFAX) | C | Dividend | | | Sold | 03/25/20 | J | C | |
| 102.  -- PIMCO High Yield Instl (PHYX) | B | Dividend | J | T | | | | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>J =$15,000 or less | C =$2,501 - $5,000<br>K =$15,001 - $50,000 | D =$5,001 - $15,000<br>L =$50,001 - $100,000 | E =$15,001 - $50,000<br>M =$100,001 - $250,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/02/20 | J | | |
| 104. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 105. | | | | | Sold | 03/25/20 | J | B | |
| 106. | | | | | Buy (add'l) | 04/01/20 | J | | Dividend on 03/25/20 sale |
| 107. -- PIMCO International Bond US Dollar (PFORX) | B | Dividend | J | T | | | | | |
| 108. | | | | | Buy (add'l) | 01/02/20 | J | | |
| 109. | | | | | Buy (add'l) | 01/02/20 | J | | |
| 110. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 111. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 112. | | | | | Sold | 03/25/20 | J | B | |
| 113. | | | | | Buy (add'l) | 04/01/20 | J | | Dividend on 03/25/20 sale |
| 114. -- PIMCO Investment Grade Credit Bond (PIGIX) | C | Dividend | J | T | | | | | |
| 115. | | | | | Buy (add'l) | 01/02/20 | J | | |
| 116. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 117. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 118. | | | | | Sold | 03/25/20 | J | C | |
| 119. | | | | | Buy (add'l) | 04/01/20 | J | | Dividend on 03/25/20 sale |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- Sector Consumer Staples Select Sector (XLP) | D | Dividend | | | | | | | |
| 121. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 122. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 123. | | | | | Sold (part) | 03/20/20 | J | C | |
| 124. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 125. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 126. | | | | | Sold (part) | 03/30/20 | J | B | |
| 127. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 128. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 129. | | | | | Sold (part) | 09/02/20 | J | C | |
| 130. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 131. | | | | | Sold | 12/07/20 | J | C | |
| 132.  -- Sector Energy Select Sector SPDR ETF (XLE) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 133. | | | | | Sold (part) | 06/15/20 | J | A | |
| 134. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 135. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 136. | | | | | Buy (add'l) | 09/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 138. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 139. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 140.   -- Sector Financial Select Sector SPDR ETF (XLF) | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 141. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 142. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 143. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 144. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 145. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 146. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 147. | | | | | Sold (part) | 12/29/20 | J | A | |
| 148.   -- Sector Healthcare Select (XLV) | C | Dividend | J | T | | | | | |
| 149. | | | | | Buy (add'l) | 01/03/20 | J | | |
| 150. | | | | | Sold (part) | 01/29/20 | J | A | |
| 151. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 152. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 153. | | | | | Buy (add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 156. | | | | | Sold<br>(part) | 06/15/20 | J | C | |
| 157. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 158. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 159. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 160. | | | | | Sold<br>(part) | 12/07/20 | J | B | |
| 161. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 162.  -- Sector Industrial Select Sector SPDR ETF (XLI) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 164. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -- Sector Technology Select (XLK) | D | Dividend | J | T | | | | | |
| 172. | | | | | Sold (part) | 01/29/20 | J | B | |
| 173. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 174. | | | | | Sold (part) | 03/17/20 | J | B | |
| 175. | | | | | Sold (part) | 03/20/20 | J | A | |
| 176. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 177. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 178. | | | | | Sold (part) | 06/15/20 | J | A | |
| 179. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 180. | | | | | Sold (part) | 09/02/20 | J | C | |
| 181. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 182. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 183. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 184.  -- Select Sector Communications Services (XLC) | B | Dividend | J | T | | | | | |
| 185. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 186. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 187. | | | | | Buy (add'l) | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, Cynthia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 06/15/20 | J | A | |
| 189. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 190. | | | | | Sold (part) | 09/02/20 | J | B | |
| 191. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 192. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 193. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 194.  -- Select Utilities Select Sector (XLU) | D | Dividend | | | | | | | |
| 195. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 196. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 197. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 198. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 199. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 200. | | | | | Sold (part) | 03/30/20 | J | C | |
| 201. | | | | | Sold | 06/15/20 | J | C | |
| 202.  -- T Rowe Price Dividend Growth (PDGIX) | C | Dividend | | | Sold | 03/25/20 | J | C | |
| 203.  -- TIAA CREF Bond Instl (TIBDX) | A | Dividend | J | T | | | | | |
| 204. | | | | | Buy (add'l) | 01/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 206. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 207. | | | | | Sold | 03/25/20 | J | D | |
| 208. | | | | | Buy (add'l) | 04/01/20 | J | | Dividend on 03/25/20 sale |
| 209.  -- Vanguard FTSE All World (VEU) | C | Dividend | J | T | | | | | |
| 210. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 211. | | | | | Sold (part) | 03/03/20 | J | B | |
| 212. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 213. | | | | | Sold (part) | 03/20/20 | J | A | |
| 214. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 215. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 216. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 217. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 218. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 219. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 220. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 221. | | | | | Sold (part) | 12/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, Cynthia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - Vanguard FTSE Pacific (VPL) | A | Dividend | J | T | | | | | |
| 223. | | | | | Buy<br>(add'l) | 01/29/20 | J | | |
| 224. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 225. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 226. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 227. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 230. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 231. | | | | | Sold<br>(part) | 12/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 6 refers to filer's ▨▨▨ Beneficiary IRA inherited on the death of ▨▨▨

Part VII, Items items 8 through 232 refers to filer's ▨▨▨ Rollover IRA with BB&T/Truist

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia A. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544